```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JOHN W. CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV240 |
| | ) | |
| v. | ) | |
| | ) | |
| I.C.S. A.O.I. CONSTRUCTION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion, filing 33, to amend scheduling order is granted in part and,

1. Jury trial is continued to 9:00 a.m., September 13, 2005 for a duration of one day before the undersigned magistrate judge in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.  Jury selection will be held at commencement of trial.

2. The pretrial conference will be held August 18, 2005 at 3:00 p.m., before the undersigned magistrate judge in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska

3. The deposition deadline is continued to August 4, 2005, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

5. The request for a telephone conference is denied.

DATED this 3rd day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge