IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN W. CARROLL, | ) CASE NO.: 8:04CV240 |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| I.C.S. A.O.I. CONSTRUCTION, | ) |
| Defendants | ) |

This matter comes before the Court upon the request of Defendant I.C.S. for additional time in which to file a Motion for Summary Judgment.

IT IS HEREBY ORDERED that the motion, filing 38, is granted and the parties are given to until August 29, 2005 to file any motions for summary judgment.

DATED this 6th day of July, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

387503