```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JOHN W. CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV240 |
| | ) | |
| v. | ) | |
| | ) | |
| I.C.S. A.O.I. CONSTRUCTION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion to dismiss, filing 42, is granted and this matter is dismissed, each party to bear its own costs and attorney fees.

DATED this 8th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge